IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr84-MHT |
| | ) | (WO) |
| COURTNEY JOHNSON | ) | |

## ORDER

Defendant Courtney Johnson having pled guilty today to the charge in the revocation petition (doc. no. 368), it is ORDERED that sentencing shall resume on June 26, 2015, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  On or before June 24, 2015, the parties are to submit a habilitation plan for defendant Johnson to address his mental disability.

DONE, this the 4th day of June, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE