IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
|   **v.** | ) | **2:12cr84-MHT** |
| | ) | **(WO)** |
| **COURTNEY JOHNSON** | ) | |

### ORDER

Based on the agreement and representations of the parties made in open court during the hearing on August 17, 2016, it is ORDERED that defendant Courtney Johnson's conditions of probation are modified as follows:

    1. Defendant Johnson shall be placed on electronically monitored home confinement until further order of this court.

    2. By September 20, 2016, the parties shall submit to the court a joint plan for providing defendant Johnson with vocational rehabilitation and other appropriate services, designed to address his cognitive

disabilities and compliance issues, that he can use on a regular basis.

3. The Probation Department shall arrange for defendant Johnson to receive appropriate, individualized mental-health counseling to address his compliance issues, including but not limited to substance abuse, at least two times per month.

3. The Federal Public Defender shall survey and submit to the court, by September 20, 2016, a description of available programs and services designed for (or at least suitable for) persons with cognitive disabilities and/or mental illness, that the court can use in fashioning services for defendants before this court.

4. A hearing to discuss the parties' joint proposed plan for appropriate services for the defendant, and to address the pending revocation petition (doc. no. 392) is set at 10:00 a.m. on September 27, 2016, in Courtroom 2FMJ of the Frank M.

Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 18th day of August, 2016.

                                                   /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**