IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:12cr84-MHT** |
| | ) | **(WO)** |
| **COURTNEY JOHNSON** | ) | |

**ORDER**

Based on the agreement and representations of the parties made in open court during the hearing today, it is ORDERED that:

(1) The revocation petition (doc. no. 392) is denied without prejudice.

(2) The joint treatment plan (doc. no. 404) is adopted as modified today.

(3) The conditions of probation are modified as follows:

(a) Defendant Courtney Johnson is removed from home confinement.

(b) Defendant Johnson is continued on electronic monitoring and shall only leave home

with permission of the probation department until further order of this court.

(c) Defendant Johnson is to receive a mental-health assessment from Dr. Kale Kirkland on October 4, 2016. The written report of the assessment is to be filed with the court under seal upon completion.

(d) Upon completion of the assessment, defendant Johnson is to receive counseling to address his mental-health and substance-abuse issues at Montgomery Area Mental Health Authority at least twice per month, and is to take, as prescribed, any and all medication that may be prescribed for his mental health.

(e) Defendant Johnson is to attend vocational rehabilitation programming at Easter Seals on a daily basis until he obtains long-term employment, and shall receive life-coaching services from Easter Seals.

    **(4)** On or before December 12, 2016, the probation department and defense counsel are to submit a joint report on defendant Johnson's progress under and compliance with the plan set forth in this order. (However, should defense counsel determine that the submission of a joint report would adversely impact his client's interests, he will be exempted from this requirement, and the probation department alone should submit the report.)

    DONE, this the 27th day of September, 2016.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**