IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:12cr84-MHT
                            )            (WO)
COURTNEY JOHNSON            )
```

ORDER

Based on the representations made during a telephone conference on March 10, 2017, and by agreement of the parties, it is ORDERED as follows:

(1) The revocation petition (doc. no. 412) is set for an evidentiary hearing on April 6, 2017, at 2:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) Pending said hearing and until further order of the court, defendant Courtney Johnson shall comply with the conditions of the location monitoring program as determined by the probation officer. Defendant Johnson shall wear a location monitoring device and follow the monitoring

procedures specified by the probation officer. Defendant Johnson shall pay all costs to the program based on his ability to pay and the availability of third-party payments.

DONE, this the 10th day of March, 2017.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**