IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )          2:12cr84-MHT
                            )              (WO)
COURTNEY JOHNSON            )
```

**JUDGMENT**

Defendant Courtney Johnson having pled guilty to both charges contained in the revocation petition (doc. no. 412), and for the reasons given in open court on April 6, 2017, it is ORDERED that the revocation petition (doc. no. 412) is resolved as follows:

(1) Defendant Courtney Johnson is adjudicated guilty of both charges in the revocation petition (doc. no. 412).

(2) Defendant Johnson's probation is not revoked, and defendant Johnson is to continue on probation.

(3) Until the end of his probation, unless otherwise indicated by the court, defendant Johnson shall comply with the conditions of the location monitoring program as determined by the probation

officer. Defendant Johnson shall wear a location monitoring device and follow the monitoring procedures specified by the probation officer. Defendant Johnson shall pay all costs to the program based on his ability to pay and the availability of third-party payments.

(4) Defendant Johnson is to continue to receive counseling from Dr. Kale Kirkland, to address defendant Johnson's mental-health and substance-abuse issues, at least twice per month, and is to take any and all medication that may be prescribed for his mental health.

DONE, this the 7th day of April, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE